**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 482 MAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

HERBERT BROWN, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.